IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Linda Grubbs, et al., : | |
| : | |
| Plaintiff(s), : | |
| : | Case Number: 1:13cv246 |
| vs. : | |
| : | Judge Susan J. Dlott |
| Sheakley Group, Inc, et al., : | |
| : | |
| Defendant(s). : | |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz.  Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on November 17, 2014 a Report and Recommendation (Doc. 129).  Subsequently, the plaintiffs Linda Grubbs, Tri-Serve Limited, TriServe #1 and Capital Concepts filed objections (Doc. 135), defendant Frost Brown filed objections (Doc. 134) and defendant First Financial Bank National Association filed objections (Doc. 133)  to such Report and Recommendation.  The Sheakley defendants' filed a response to plaintiff's objections (Doc. 136), plaintiffs' filed a response to the objections of both First Financial (Doc. 137) and Frost Brown Todd (Doc. 138).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendations should be adopted.

Accordingly, it is **ORDERED** that defendants' motions to dismiss plaintiffs' federal Lanham Act and RICO claims, Counts IV, V, XIV, and XV of the substituted first amended

complaint (Docs. 100 & 109) are GRANTED and that plaintiffs' state law claims are dismissed with prejudice.

      IT IS SO ORDERED.

                                                                ___s/Susan J. Dlott_____
                                                                 Judge Susan J. Dlott
                                                                 United States District Court